**Elizabeth F. Rojas, Chapter 13 Trustee**
**15060 Ventura Blvd., Suite 240**
**Sherman Oaks, CA  91403**
**(818) 933-5700**
**www.ch13wla.com**

**STATUS REPORT FOR CASE # SV15-10336-AA AS OF 2/9/2015**

| | | |
|---|---|---|
| | FILING DATE: | 02/03/2015 |
| | 1ST MEETING DATE: | 03/18/2015 |
| | CONFIRMATION DATE: | N/A |
| | TERM OF PLAN: | 0 MONTHS |
| **Alicia Quezada - Escobar** | PERCENT TO UNSECURED: | 0 % |
| **11926 Blythe Street** | MONTHLY PLAN PMT AMT: | $0.00 |
| **North Hollywood, CA  91605** | GROSS RECEIPTS: | $0.00 |
| | REFUNDS FR CREDITORS: | $0.00 |
| | NET PAID CREDITORS: | $0.00 |
| | FEES PAID TO ATTY: | $0.00 |
| | FEES PAID TO TRUSTEE: | $0.00 |
| CURRENT CASE DISPOSITION: | REFUNDS TO DEBTOR: | $0.00 |
| ACTIVE | BALANCE ON HAND: | $0.00 |

LAST 12 RECEIPTS

**We're Moving:** Effective March 30, 2015 our new office address will be 15260 Ventura Blvd., Suite 710, Sherman Oaks, CA 91403. This change only affects our office address--all other addresses (including payment addresses) will remain the same.
**Duplicate Claims:** You may believe that certain claims are listed twice, nevertheless, the Trustee is required to pay all claims until the Court directs otherwise. A letter to the Trustee will not stop payment on any claim, the debtor must instead secure an order from the Court. Please contact your attorney for assistance.
**Online Access:** The Trustee offers online access to your case in which you can view status reports, payment history, and much more. Please visit our website at www.ch13wla.com to sign up for an account.