Alan Steven Wolf – Bar No. 94665
Caren Jacobs Castle – Bar No. 93888
Daniel K. Fujimoto – Bar No. 158575
Mark T. Domeyer – Bar No. 135008
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Movant, Quicken Loans Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Alicia Quezada-Escobar aka Alicia Quezada<br><br>Debtor. | CASE NO: 15-10336<br><br>CHAPTER: 13<br><br>**REPLY TO OPPOSTION TO MOTION FOR RELIEF FROM STAY**<br><br>Date:           August 18, 2015<br>Time:          9:30 a.m.<br>Courtroom:<br><br>U.S. Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367-6603 |

Quicken Loans, Inc. ("Movant") respectfully files its reply to the Response to Motion Regarding the Automatic Stay and Declarations in Support filed by the Debtor on July 31, 2015 at docket entry no. 25 (the "Opposition") and for its reply Movant shows the court as follows:

1. The Declaration of Donald Iwuchuku filed in response to the motion alleges that the Movant had acted in bad faith by failing to advise the court that the Property had been foreclosed upon by virtue of a sale conducted on May 11, 2015.

- 1 -
5TREPLY TO OPPOSTION TO MOTION FOR RELIEF FROM STAY

8192-2413

2. After learning of the alleged wrongful foreclosure; counsel for the Movant confirmed that a sale had taken place post petition and recognizing that a sale held in violation of the stay was void counsel for the Movant rescinded the sale and no trustee's deed upon sale was ever issued.

3. The Declaration in support of the motion indicated no sale was held in ¶ (9) but this was in error. The sale was held on May 11, 2015 and was rescinded on June 17, 2015.

4. The Opposition states that more payments were made than alleged in the motion and supporting declaration as set forth in the supporting declaration of the Debtor but the supporting declaration does not in fact document additional payments. Instead the Debtor's declaration alleges that the default was intentional in an attempt to secure a voluntary loan modification with the additional allegations that the debtor was advised that the loan needed to be in default for a voluntary loan modification to receive consideration. The Debtor's declaration in support of the opposition does not in fact document additional payments as alleged in the Opposition and instead repeats allegations that Movant had conducted a sale post-petition.

5. Movant acknowledges that a sale did take place but Movant acted to rescind the sale and no Trustee's deed upon sale was issued and Movant seeks relief from stay to continue with its foreclosure process.

Date:  August 6, 2015                         Respectfully submitted,

                                              THE WOLF FIRM,
                                              A Professional Law Corporation


                                              By: /s/ Mark T. Domeyer
                                                  Mark T. Domeyer
                                                  Attorneys for Creditor
                                                  Quicken Loans Inc.

- 2 -

8192-2413

| In re: | CHAPTER 13 |
|---|---|
| Alicia Quezada-Escobar aka Alicia Quezada | CASE NUMBER 15-10336 |
| Debtor(s). | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2955 Main Street, 2nd Floor, Irvine, CA 92614

A true and correct copy of the foregoing document described as
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **8/7/2015,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 7, 2015,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor's Counsel: Donald E. Iwuchuku, Law Offices of Donald Iwuchuku, 21550 Oxnard Street 3rd Floor, Woodland Hills, CA 91367  (U.S. Mail)
Debtor: Alicia Quezada-Escobar, 11926 Blythe Street, North Hollywood, CA 91605 (U.S. Mail)
U.S. Trustee: Office of the U.S. Trustee - Los Angeles, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017 (U.S. Mail)
Chapter 13 Trustee: Elizabeth F. Rojas, Noble Professional Center, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403 (U.S. Mail)
Judge: Honorable Judge Martin R. Barash, 21041 Burbank Boulevard, Suite 342, Woodland Hills, CA 91367-6603 (U.S. Mail)

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 6, 2015 | Mark T. Domeyer | /s/Mark T. Domeyer |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

8192-2413  MTD