Alan Steven Wolf – Bar No. 94665
Caren Jacobs Castle – Bar No. 93888
Daniel K. Fujimoto – Bar No. 158575
Mark T. Domeyer – Bar No. 135008
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Movant, Quicken Loans Inc.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Alicia Quezada-Escobar aka Alicia Quezada,<br><br>     Debtor. | CASE: 1:15-bk-10336-MB<br><br>CHAPTER: 13<br><br>REF: ASW-1<br><br>**SUPPLEMENTAL DECLARATION OF QUICKEN LOANS, INC.IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:   09/02/2015<br>Time:   9:30AM<br>Courtroom: 303<br><br>UNITED STATES BANKRUPTCY COURT<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367-6603 |

I, Stephanie Seay, declare:

  1.  I am employed by the Quicken Loans, Inc. ("Quicken") and am authorized to sign this declaration on behalf of Quicken Loans Inc. This declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2.      As part of my job responsibilities for Quicken have personal knowledge of and am familiar with the types of records maintained by Quicken in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records.  I have access to and have reviewed the business records and files of Quicken that pertain to the Loan and extensions of credit given to the Debtor concerning the property securing such Loan.

3.      The information in this declaration is taken from Quicken's business records regarding the Loan.  The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; and (b) kept in the course of Quicken's regularly conducted business activities.  It is the regular practice of Quicken to create and maintain such records.

4.      The Declaration in support of the motion indicated no sale was held in ¶ (9) but this was in error. The sale was held on May 11, 2015 and was rescinded on June 17, 2015.

5.      After learning of the alleged wrongful foreclosure; counsel for the Movant confirmed that a sale had taken place post petition and recognizing that a sale held in violation of the stay was void counsel for the Movant rescinded the sale and no trustee's deed upon sale was ever issued.

6.      Following the preliminary hearing that was held on August 12, 2015 at 9:30 Quicken's counsel sent a post-petition payment history provided by Quicken to counsel for the Debtor under cover of an August 17, 2015 email again confirming the that the sale had been rescinded; confirming that no late charges were assessed post-petition and requesting confirmation if it remained the Debtor's intention to cure the post-petition arrears before the hearing and inquiring if Debtor would consent to an adequate protection order.  A true copy of the August 12, 2015 email from Quicken's

counsel to counsel for the Debtor is attached hereto as **Exhibit "1"** and is incorporated herein by this reference.

7.      There was no response to Exhibit 1 and on August 17, 2015 Quicken's counsel sent a follow up email to counsel for the Debtor to confirm if the Debtor and counsel had completed their review of the payment history and seeking confirmation of the Debtor's ability and willingness to enter an Adequate Protection Order.  The follow up email advised that the continued hearing is on 9/2/15 such that if there is no response Quicken intended to supplement the record with the payment history and a declaration confirming that no late charges have been assessed post-petition and no adequate protection has been offered.  A true copy of the August 17, 2015 email from Quicken's counsel to counsel for the Debtor is attached hereto as **Exhibit "2"** and is incorporated herein by this reference.

8.      As of August 26, 2015, the loan remains post-petition delinquent and the Debtor has not offered adequate protection.

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

- 3 -
SUPPLEMENTAL DECLARATION OF QUICKEN LOANS, INC.IN SUPPORT OF MOTION FOR RELIEF FROM THE
AUTOMATIC STAY
8192-2413

9.      The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by the Debtor as of August 26, 2015:

| Number of Missed Payments | From | To | Principal and Interest | Escrow (if applicable)[1] | Monthly Payment Amount | Total Amounts Missed (Number of Missed Payments multiplied by Monthly Payment Amount) |
|---|---|---|---|---|---|---|
| 7 | 3/1/15 | 9/1/15 | | | 2,788.86 | 19,522.02 |
| **Less post-petition partial payments (suspense balance):** | | | | | **($19,522.02)** | |

Total: **$  19,522.02**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED this __31st__ day of __August__, 2015 in the City of __Detroit__, State of __MI__.

_____
Signature

SUPPLEMENTAL DECLARATION OF QUICKEN LOANS, INC.IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY
8192-2413

# EXHIBIT  1

## Mark T. Domeyer

| | |
|---|---|
| **From:** | Mark T. Domeyer |
| **Sent:** | Thursday, August 13, 2015 8:10 AM |
| **To:** | 'edisonsfvlaw@gmail.com'; 'donaldiwuchuku@gmail.com' |
| **Cc:** | Jeremy Romero |
| **Subject:** | E-mail--Quicken Loans (8192-2413) Quezada-Escobar, Alicia. aka Alicia Quezada. LN REDACTED  Fannie Mae. |
| **Attachments:** | Fernandez REDACTED  Pay History.pdf |

Good morning Mr. Iwuchuku,

Attached is a history confirming the delinquent post payments that need to be cured.  My
client does not assess late charges while the debtor is in bankruptcy so we have no dispute
about late charges.

As set forth in the reply, the Movant rescinded the sale and did not issue a trustee's deed
upon sale so the inadvertent foreclosure was corrected.

Debtor has offered to bring the loan post current before the continued hearing.  Please
confirm if the Debtor will cure and if we can agree to an order requiring payments going
forward.


Mark T. Domeyer
Attorney at Law
The Wolf Firm, A Law Corporation
Attorneys to the Financial Services Community
2955 Main Street, 2nd Floor
Irvine, CA 92614
Tel:  949-720-9200
Fax: 949-608-0128
E-mail:  mark.domeyer@wolffirm.com
Web:  http://www.wolffirm.com


Fernandez REDACTED  Pay History.pdf

Name:          Fernandez/Quezada
BK Filed Date:  2/3/2015
Loan Number:   REDACTED

| Date | Amount Received | Monthly Payment Amount | Amount Applied | Applied to Date | Debtor Suspense |
|---|---|---|---|---|---|
| 3/1/2015 | | $2,788.86 | | | |
| 4/1/2015 | | $2,788.86 | | | |
| 5/1/2015 | | $2,788.86 | | | |
| 6/1/2015 | | $2,788.86 | | | |
| 7/1/2015 | | $2,788.66 | | | |
| 8/1/2015 | | $2,788.86 | | | |
| 9/1/2015 | | $2,788.86 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

# EXHIBIT  2

**Mark T. Domeyer**

| | |
|---|---|
| **From:** | Mark T. Domeyer |
| **Sent:** | Monday, August 17, 2015 3:24 PM |
| **To:** | 'edisonsfvlaw@gmail.com'; 'donaldiwuchuku@gmail.com' |
| **Cc:** | Jeremy Romero |
| **Subject:** | FW: E-mail--Quicken Loans (8192-2413) Quezada-Escobar, Alicia. aka Alicia Quezada. LN [REDACTED] Fannie Mae. |
| **Attachments:** | Fernandez [REDACTED] Pay History.pdf |

Good afternoon counsel,

I am following up for your review of the payment history and your advice regarding the debtor's ability and willingness to enter an APO.  The continued hearing is on 9/2/15 so if we do not hear from you we will supplement the record with the payment history and confirm no late charges are being assessed.

Jeremy, please prepare a draft client declaration to authenticate the post history and confirm the amount remaining to cure the post default and that no late charges are included.

Mark T. Domeyer
Attorney at Law
The Wolf Firm, A Law Corporation
Attorneys to the Financial Services Community
2955 Main Street, 2nd Floor
Irvine, CA 92614
Tel:  949-720-9200
Fax: 949-608-0128
E-mail:  mark.domeyer@wolffirm.com
Web:  http://www.wolffirm.com

-----Original Message-----
From: Mark T. Domeyer
Sent: Thursday, August 13, 2015 8:10 AM
To: 'edisonsfvlaw@gmail.com'; 'donaldiwuchuku@gmail.com'
Cc: Jeremy Romero
Subject: E-mail--Quicken Loans (8192-2413) Quezada-Escobar, Alicia. aka Alicia Quezada. LN [REDACTED] Fannie Mae.

Good morning Mr. Iwuchuku,

Attached is a history confirming the delinquent post payments that need to be cured.  My client does not assess late charges while the debtor is in bankruptcy so we have no dispute about late charges.

As set forth in the reply, the Movant rescinded the sale and did not issue a trustee's deed upon sale so the inadvertent foreclosure was corrected.

Debtor has offered to bring the loan post current before the continued hearing.  Please confirm if the Debtor will cure and if we can agree to an order requiring payments going forward.

Mark T. Domeyer

Attorney at Law
The Wolf Firm, A Law Corporation
Attorneys to the Financial Services Community
2955 Main Street, 2nd Floor
Irvine, CA 92614
Tel:  949-720-9200
Fax: 949-608-0128
E-mail:  mark.domeyer@wolffirm.com
Web:  http://www.wolffirm.com


Fernandez REDACTED Pay History.pdf

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2955 Main Street, 2nd Floor, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): SUPPLEMENTAL DECLARATION OF QUICKEN LOANS, INC.IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **08/31/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Debtor's Counsel: Donald E Iwuchuku    donaldiwuchuku@gmail.com
Chapter 13 Trustee: Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
U.S. Trustee: United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **08/31/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor: Alicia Quezada-Escobar, 11926 Blythe Street, North Hollywood, CA 91605 (U.S. Mail)*

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
*Judge: Martin R. Barash, 21041 Burbank Boulevard, Suite 342, Woodland Hills, CA 91367 (OVERNIGHT MAIL)*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/31/2015 | Ibania Alvarado-Ayala | /s/Ibania Alvarado-Ayala |
|---|---|---|
| Date | Printed Name | Signature |

8192-2413

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**